IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
_____

JEREMY VILES

       Plaintiff       1:13-CV-60
   vs.            NAM/CFH

STUART ALLAN & ASSOCIATES, INC., ET AL

      Defendants.
_____

APPEARANCES:         OF COUNSEL:

Lemberg & Associates LLC      Sergei Lemberg , Esq.
1100 Summer Street
Floor 3
Stamford, CT 06905
*Attorney for Plaintiff*

Sessions, Fishman Law Firm - NJ Office  Aaron R. Easley, Esq.
200 Route 31 North, Suite 203
Flemington, NJ 08822
*Attorney for Defendant Stuart Allan & Associates, Inc.*

Jones, Day Law Firm - New York Office  Joshua A. Weiner, Esq.
222 East 41st Street         Lee M. Pollack, Esq.
New York, NY 10017-6702
*Attorneys for Defendant Experian Information Solutions, Inc.*

Schuckit & Associates, PC       Robert J. Schuckit, Esq.
4545 Northwestern Drive       Ted Nolting, Esq.
Zionsville, IN 46077
*Attorneys for Defendant Trans Union, LLC.*

**Norman A. Mordue,  U.S. District Judge**

JUDGMENT DISMISSING ACTION
<u>BASED UPON SETTLEMENT</u>

  Pursuant to the Notice of Settlement  (Dkt. No. 31), that this action has been settled, or is in the process of being settled.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

ORDERED, as follows:

1) The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty days of the date of the filing of this order upon a showing that the settlement was not consummated;

2) The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion of settlement, the parties are directed to exchange general releases and file a **Stipulation of Discontinuance** with the Court that must include language **"<u>that no party hereto is an infant or incompetent</u>**" in compliance with N.D.N.Y.L.R. 41.3; and

3) The Clerk shall serve copies of this Judgment upon counsel in this matter by electronic means.

Dated: May 16, 2013
       Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge