UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Jeremy Viles,

Plaintiff,

v.

Stuart Allan & Associates, Inc.; Experian Information Solutions, Inc.; and Trans Union, LLC;

Defendants.

Civil Action No.: 1:13-cv-00060-NAM-CFH

U.S. DISTRICT CO
JUN 19 2013

**STIPULATION OF DISCONTINUANCE**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Stuart Allan & Associates, Inc., Experian Information Solutions, Inc. and Trans Union, LLC, with prejudice and without costs to any party.

*/s/ Sergei Lemberg*
Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
*Attorney for Plaintiff*
*Jeremy Viles*

*/s/ Aaron Easley, Esq.*
Aaron Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone: (908) 751-5940
aeasley@sessions-law.biz
*Attorneys for Defendant,*
*Stuart Allan & Associates, Inc.*

*/s/ Joshua A. Weiner*
Joshua A. Weiner
jaweiner@jonesday.com
Lee M. Pollack (516779)
lmpollack@jonesday.com
Jones Day
222 East 41st Street
New York, NY 10017-6702
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
*Attorneys for Defendant Experian Information Solutions, Inc.*

*s/Robert J. Schuckit*
Robert J. Schuckit, Esq. (517217)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Fax: (317) 363-2257
E-Mail: rschuckit@schuckitlaw.com
*Counsel for Defendant, Trans Union, LLC*

SO ORDERED